IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 06-182 |
| | )(Civil Action No. 08-1704) |
| KEVIN HARRIS | ) |

ORDER

AND NOW, this 13th day of January 2009, upon motion of the United States for an Extension of Time to Properly Respond to Petitioner's Motion to Vacate Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255, IT IS HEREBY ORDERED that the motion is GRANTED and the Government's response to Petitioner's Motion to Vacate Set Aside or Correct Sentence shall be due on or before February 27, 2009.

IT IS FURTHER ORDERED that petitioner shall have until March 20, 2009 to file a reply to the Government's response.

s/Gary L. Lancaster
HONORABLE GARY L. LANCASTER
United States District Court Judge